# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CARGILL, INC., et al., | :  Case No. 3:13-cv-25 |
| Plaintiffs, | : |
| | :  Judge Walter Herbert Rice |
| | : |
| | :  **ORDER GRANTING** |
| | :  **PLAINTIFFS' UNOPPOSED** |
| v. | :  **MOTION TO STAY** |
| | :  **PROCEEDINGS 90 DAYS** |
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, Successor-in-Interest to The Dayton Tire & Rubber Company, | : |
| Defendant. | : |

This matter having come before the Court on the motion of Plaintiffs Cargill, Inc.; Flowserve Corporation; Kelsey-Hayes Company; NCR Corporation; Northrop Grumman Systems Corporation; The Standard Register Company; and Waste Management of Ohio, Inc. (collectively hereinafter referred to as "Plaintiffs"), to stay proceedings ninety days in order to give the parties a meaningful opportunity to complete their settlement, and the Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that said Plaintiffs' Motion should be, and is hereby SUSTAINED.

SO ORDERED this 10th day of September, 2013.

_____
HONORABLE WALTER HERBERT RICE

-3-